**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

FILED
U.S. DISTRICT COURT
2019 JUL 22 PM 4: 47
S.D. OF N.Y.

Caption:

United States v.

Jeffrey Epstein

Docket No.: 19-cr-00490 (RMB)
Hon. Richard M. Berman
(District Court Judge)

Notice is hereby given that **Defendant Jeffrey Epstein** appeals to the United States Court of Appeals for the Second Circuit from the judgment _____, other ✓ **Decision & Order Remanding Defendant** (specify) entered in this action on **July 18, 2019** (date).

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other [✓]

Defendant found guilty by plea |___| trial |___| N/A [✓].

Offense occurred after November 1, 1987? Yes [✓] No [ ] N/A [ ]

Date of sentence: _____ N/A [✓]

Bail/Jail Disposition: Committed [✓] Not committed [ ] N/A [ ]

Appellant is represented by counsel? Yes [✓] No [ ] If yes, provide the following information:

Defendant's Counsel: **Reid Weingarten**
Counsel's Address: **1114 Avenue of the Americas**
**New York, NY 10036**
Counsel's Phone: **(212) 506-3900**

Assistant U.S. Attorney: **Alex Rossmiller**
AUSA's Address: **1 Saint Andrew's Plaza**
**New York, NY 10007**
AUSA's Phone: **(212) 637-2415**

Signature

APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:19−cr−00490−RMB All Defendants

| | |
|---|---|
| Case title: USA v. Epstein | Date Filed: 07/02/2019 |

Assigned to: Judge Richard M. Berman

**Defendant (1)**

**Jeffrey Epstein**      represented by     **James L. Brochin**
*also known as*                                                                   Steptoe & Johnson, LLP (NYC)
Sealed Defendant 1                                      1114 Avenue of the Americas
New York, NY 10036
212−378−7503
Email: jbrochin@brochinlawpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Marc Allan Fernich**
Law Office of Marc Fernich
810 Seveth Ave
Suite 620
New York, NY 10019
(212) 446−2346
Fax: (212) 446 2330
Email: maf@fernichlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Martin Gary Weinberg**
Martin G. Weinberg, PC
20 Park Plaza, Suite 1000
Boston, MA 02116
617−227−3700
Fax: 617−338−9538
Email: owlmgw@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Campion Miller**
Steptoe & Johnson, LLP (NYC)
1114 Avenue of the Americas
New York, NY 10036
(212) 506−3900
Fax: (212) 506−3950
Email: mmiller@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael Gerard Scavelli**
Steptoe & Johnson, LLP (NYC)
1114 Avenue of the Americas
New York, NY 10036
212−378−7538
Fax: 212−506−3950

Email: mscavelli@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Reid Weingarten**
Steptoe & Johnson, LLP (NYC)
1114 Avenue of the Americas
New York, NY 10036
(202)–506–3900
Fax: (212)–506–3950
Email: rweingarten@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F SEX TRAFFICKING CONSPIRACY<br>(1) | |
| 18:1591.F SEX TRAFFICKING OF CHILDREN OR BY FORCE, FRAUD OR COERCION<br>(2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alex Rossmiller**<br>U.S. Attorney's Office, Southern District of New York<br>1 St. Andrew's Plaza<br>New York, NY 10007<br>(212)–637–2415<br>Email: alexander.rossmiller@usdoj.gov<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
| | | **Alison Gainfort Moe**<br>United States Attorney's Office, SDNY<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>(212)–637–2225 |

Email: alison.moe@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Maurene Ryan Comey**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
(212)–637–2324
Email: maurene.comey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2019 | 2 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2. (jm) (Entered: 07/08/2019) |
| 07/03/2019 | 1 | SEALED DOCUMENT placed in vault. (mhe) (Entered: 07/03/2019) |
| 07/08/2019 | 3 | Order to Unseal Indictment as to Sealed Defendant 1. (Signed by Magistrate Judge Henry B. Pitman on 7/8/19)(jm) (Entered: 07/08/2019) |
| 07/08/2019 | | INDICTMENT UNSEALED as to Jeffrey Epstein. (jm) (Entered: 07/08/2019) |
| 07/08/2019 | | Case Designated ECF as to Jeffrey Epstein. (jm) (Entered: 07/08/2019) |
| 07/08/2019 | | Case as to Jeffrey Epstein ASSIGNED to Judge Richard M. Berman. (jm) (Entered: 07/08/2019) |
| 07/08/2019 | | Attorney update in case as to Jeffrey Epstein. Attorney Alex Rossmiller,Maurene Ryan Comey,Alison Gainfort Moe for USA added. (jm) (Entered: 07/08/2019) |
| 07/08/2019 | | Arrest of Jeffrey Epstein. (Actual arrest date is 7/6/19 – Defendant arrested while matter under seal) (jm) (Entered: 07/08/2019) |
| 07/08/2019 | 5 | Minute Entry for proceedings held before Magistrate Judge Henry B. Pitman:Initial Appearance as to Jeffrey Epstein held on 7/8/2019. Defendant is present with attorney Martin Weinberg; AUSA Rossmiller is also present. Defendant id detained until continuation of detention hearing which is scheduled for 7/11/19 at 2:00 PM. (jm) (Entered: 07/08/2019) |
| 07/08/2019 | | Minute Entry for proceedings held before Magistrate Judge Henry B. Pitman: As to Jeffrey Epstein Detention Hearing set for 7/11/2019 at 02:00 PM before Judge Richard M. Berman. (jm) (Entered: 07/08/2019) |
| 07/08/2019 | | Minute Entry for proceedings held before Magistrate Judge Henry B. Pitman: Defendant is present with attorney Martin Weinberg; AUSA Rossmiller is also present.Arraignment as to Jeffrey Epstein (1) Count 1,2 Jeffrey Epstein (1) Count 1,2 held on 7/8/2019., Plea entered by Jeffrey Epstein (1) Count 1,2 Jeffrey Epstein (1) Count 1,2 Not Guilty. Conference before USDJ on 7/8/19. (jm) (Entered: 07/08/2019) |
| 07/08/2019 | | Minute Entry for proceedings held before Judge Richard M. Berman: Status Conference as to Jeffrey Epstein held on 7/8/2019. AUSAs Alex Rossmiller, Maurene Comey and Alison Moe present; Also present is Special Agent Amanda Young and Task Force Officer Paul Byrne; Defendant present with attorneys Martin Weinberg, Reid Weingarten and Marc Fernich; US Pretrial Officers Keyana Pompey and Lea Harmon present; initial conference held; defense bail submission is due on 7/11/19 at 12:00 noon; government reply by 7/12/19 at 5:00 pm; Bail hearing is scheduled for 7/15/19 at 10:00 am; See transcript of proceedings held for a complete record; Speedy trial time is excluded for the reasons set forth on the record from 7/8/19 to 7/15/19 pursuant to 18 USC 3161(h)(7)(A) and (B). (Bond Hearing set for 7/15/2019 at 10:00 AM before Judge Richard M. Berman) (Court Reporter Tom Murray) (ap) (Entered: 07/08/2019) |

| | | |
|---|---|---|
| 07/08/2019 | | Attorney update in case as to Jeffrey Epstein. Attorney Martin R. Weinberg, Reid Weingarten, Marc Allan Fernich for Jeffrey Epstein added. (ap) (Entered: 07/08/2019) |
| 07/08/2019 | | Attorney update in case as to Jeffrey Epstein. Attorney Martin Gary Weinberg for Jeffrey Epstein added. (bw) (Entered: 07/11/2019) |
| 07/11/2019 | 6 | LETTER MOTION addressed to Judge Richard M. Berman from Reid Weingarten dated July 11, 2019 re: Pretrial Release . Document filed by Jeffrey Epstein. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Weingarten, Reid) (Entered: 07/11/2019) |
| 07/11/2019 | 7 | MOTION to Seal Document . Document filed by Jeffrey Epstein. (Weingarten, Reid) (Entered: 07/11/2019) |
| 07/11/2019 | 8 | LETTER RESPONSE to Motion by USA as to Jeffrey Epstein addressed to Judge Richard M. Berman from Alex Rossmiller dated July 11, 2019 re: 7 MOTION to Seal Document .. (Rossmiller, Alex) (Entered: 07/11/2019) |
| 07/11/2019 | 9 | ORDER granting 7 Motion to Seal Document as to Jeffrey Epstein (1). Defense motion granted. Materials to be hand delivered to Chambers (and opposing counsel) by 9:00 AM, July 12, 2019. (Signed by Judge Richard M. Berman on 7/11/2019) (clt) (Entered: 07/12/2019) |
| 07/12/2019 | 10 | MEMO ENDORSEMENT as to Jeffrey Epstein on re: 8 Response to Motion filed by USA. ENDORSEMENT: Application for extension of time denied. (Hard to imagine it would take the Govt extra time to review submission.) (Signed by Judge Richard M. Berman on 7/12/2019)(clt) (Entered: 07/12/2019) |
| 07/12/2019 | 11 | LETTER RESPONSE in Opposition by USA as to Jeffrey Epstein addressed to Judge Richard M. Berman from Alex Rossmiller dated July 12, 2019 re: 6 LETTER MOTION addressed to Judge Richard M. Berman from Reid Weingarten dated July 11, 2019 re: Pretrial Release .. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Rossmiller, Alex) (Entered: 07/12/2019) |
| 07/15/2019 | 12 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Martin G. Weinberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17240904. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jeffrey Epstein. (Attachments: # 1 Exhibit 1. Certificate of Good Standing, # 2 Exhibit 2. Proposed Text Order)(Weinberg, Martin) Modified on 7/15/2019 (wb). (Entered: 07/15/2019) |
| 07/15/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Jeffrey Epstein to RE–FILE Document No. 12 MOTION for Martin G. Weinberg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17240904. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Pursuant to Rule 1.3. the Attorney Affidavit missing the language of disciplinary.;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 07/15/2019) |
| 07/15/2019 | 13 | MOTION for Martin G. Weinberg to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Jeffrey Epstein. (Attachments: # 1 Exhibit 1. Certificate of Good Standing, # 2 Exhibit 2. Proposed Text Order, # 3 Exhibit 3. Affidavit of Martin G. Weinberg)(Weinberg, Martin) (Entered: 07/15/2019) |
| 07/15/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for Martin G. Weinberg to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 07/15/2019) |
| 07/15/2019 | 14 | ORDER as to Jeffrey Epstein. The Clerk is respectfully requested to docket the enclosed documents which were discussed at today's bail hearing. (Signed by Judge Richard M. Berman on 7/15/19)(jw) (Entered: 07/15/2019) |
| 07/15/2019 | | Minute Entry for proceedings held before Judge Richard M. Berman:Bail Hearing as to Jeffrey Epstein held on 7/15/2019. AUSA Rossmiller, AUSA Moe, and AUSA |

| | | |
|---|---|---|
| | | Comey present;Also present is FBI Special Agent Amanda Young and NYPD Detective Paul Byrne present;Defendant present with attorneys Martin Weinberg, Reid Weingarten, Marc Fernich, James Brochin; and Joseph Jaffe; USPO Pretrial Services Officers Francesca Tessier–Miller, Bernisa Mejia and Dennis Khilkevich present; Also present Court Reporter Kelly Surina present; supplemental submission(s) to be filed by 7/16/19 5:00 pm; ruling on bail hearing scheduled for 7/18/19 at 9:30 am. (jw) (Entered: 07/15/2019) |
| 07/15/2019 | 15 | LETTER MOTION addressed to Judge Richard M. Berman from Alex Rossmiller dated July 15, 2019 re: speedy trial time exclusion . Document filed by USA as to Jeffrey Epstein. (Rossmiller, Alex) (Entered: 07/15/2019) |
| 07/16/2019 | 16 | MEMO ENDORSED granting 15 LETTER MOTION speedy trial time exclusion as to Jeffrey Epstein (1)...ENDORSEMENT: Application Granted. SO ORDERED. (Signed by Judge Richard M. Berman on 7/16/19) (jbo) (Entered: 07/16/2019) |
| 07/16/2019 | 17 | ORDER FOR ADMISSION PRO HAC VICE granting 13 Motion for Martin G. Weinberg to Appear Pro Hac Vice as to Jeffrey Epstein (1). IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hae Vice in the above–captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge Richard M. Berman on 7/16/19) (jbo) (Entered: 07/16/2019) |
| 07/16/2019 | 18 | TRANSCRIPT of Proceedings as to Jeffrey Epstein re: Conference held on 7/8/19 before Judge Richard M. Berman. Court Reporter/Transcriber: Thomas Murray, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2019. Redacted Transcript Deadline set for 8/16/2019. Release of Transcript Restriction set for 10/15/2019. (McGuirk, Kelly) (Entered: 07/16/2019) |
| 07/16/2019 | 19 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jeffrey Epstein. Notice is hereby given that an official transcript of a Conference proceeding held on 7/8/19 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/16/2019) |
| 07/16/2019 | 20 | TRANSCRIPT of Proceedings as to Jeffrey Epstein re: Conference held on 7/8/19 before Judge Richard M. Berman. Court Reporter/Transcriber: Kristen Carannante, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2019. Redacted Transcript Deadline set for 8/16/2019. Release of Transcript Restriction set for 10/15/2019. (McGuirk, Kelly) (Entered: 07/16/2019) |
| 07/16/2019 | 21 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Jeffrey Epstein. Notice is hereby given that an official transcript of a Conference proceeding held on 7/8/19 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/16/2019) |
| 07/16/2019 | 22 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** RESPONSE in Support of Motion by Jeffrey Epstein re: 6 LETTER MOTION addressed to Judge Richard M. Berman from Reid Weingarten dated July 11, 2019 re: Pretrial Release .. *Letter Supplementing Bail Motion* (Fernich, Marc) Modified on 7/17/2019 (ka). (Entered: 07/16/2019) |
| 07/16/2019 | 23 | LETTER by USA as to Jeffrey Epstein addressed to Judge Richard M. Berman from Alison G. Moe dated July 16, 2019 re: Supplement to Detention Memorandum Document filed by USA. (Attachments: # 1 Exhibit A)(Moe, Alison) (Entered: 07/16/2019) |

| | | |
|---|---|---|
| 07/16/2019 | 24 | LETTER RESPONSE in Support of Motion by Jeffrey Epstein addressed to Judge Richard M. Berman from Marc Fernich dated 7/16/2019 re: 6 LETTER MOTION addressed to Judge Richard M. Berman from Reid Weingarten dated July 11, 2019 re: Pretrial Release .. *Corrected Letter Supplementing Bail Motion (Fixes Formatting & Typographical Errors)* (Fernich, Marc) (Entered: 07/16/2019) |
| 07/17/2019 | 25 | LETTER by Jeffrey Epstein addressed to Judge Richard M. Berman from Reid Weingarten dated July 17, 2019 re: Supplemental Bail Submission (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Weingarten, Reid) (Entered: 07/17/2019) |
| 07/17/2019 | 26 | ORDER as to Jeffrey Epstein. The conference in this matter is rescheduled from 9:30 am on July 18, 2019 to 11:30 am on July 18, 2019. (Signed by Judge Richard M. Berman on 7/17/19)(jbo) (Entered: 07/17/2019) |
| 07/17/2019 | | Set/Reset Hearings as to Jeffrey Epstein: Bond Hearing set for 7/18/2019 at 11:30 AM before Judge Richard M. Berman. (jbo) (Entered: 07/17/2019) |
| 07/17/2019 | 27 | NOTICE OF ATTORNEY APPEARANCE: Michael Campion Miller appearing for Jeffrey Epstein. Appearance Type: Retained. (Miller, Michael) (Entered: 07/17/2019) |
| 07/17/2019 | 28 | NOTICE OF ATTORNEY APPEARANCE: James L. Brochin appearing for Jeffrey Epstein. Appearance Type: Retained. (Brochin, James) (Entered: 07/17/2019) |
| 07/17/2019 | 29 | NOTICE OF ATTORNEY APPEARANCE: Michael Gerard Scavelli appearing for Jeffrey Epstein. Appearance Type: Retained. (Scavelli, Michael) (Entered: 07/17/2019) |
| 07/17/2019 | 30 | LETTER by USA as to Jeffrey Epstein addressed to Judge Richard M. Berman from Alison Moe dated July 17, 2019 re: the defendant's foreign passport. Document filed by USA. (Moe, Alison) (Entered: 07/17/2019) |
| 07/18/2019 | 31 | LETTER RESPONSE in Support of Motion by Jeffrey Epstein addressed to Judge Richard M. Berman from Marc Fernich dated 7/18/2019 re: 6 LETTER MOTION addressed to Judge Richard M. Berman from Reid Weingarten dated July 11, 2019 re: Pretrial Release .. (Fernich, Marc) (Entered: 07/18/2019) |
| 07/18/2019 | | Minute Entry for proceedings held before Judge Richard M. Berman: Bond Hearing as to Jeffrey Epstein held on 7/18/2019. AUSA Rossmiller, AUSA Moe and AUSA Comey present; Also present is FBI Special Agent Amanda Young and NYPD Detective Paul Byrne present; Defendant present with attorneys Martin Weinberg, Marc Fernich, James Brochin and Michael Miller present; USPO Pretrial Services Officer John Moscato present; Court Reporter Tom Murray present; Court denies bail; Written order to follow; next conference is scheduled for July 31, 2019 at 11:00 am; speedy trial time is excluded for the reasons set forth on the record from 7/18/19 to 7/31/19 pursuant to 18 USC 3161(h)(7)(A) and (B). (jbo) (Entered: 07/18/2019) |
| 07/18/2019 | 32 | DECISION & ORDER REMANDING DEFENDANT as to Jeffrey Epstein. Based upon the forgoing, the Government's motion for remand (detention) is granted and the Defense motion for pretrial release is denied. (Signed by Judge Richard M. Berman on 7/18/2019)(clt) (Additional attachment(s) added on 7/18/2019: # 1 Exhibit 1) (clt). (Entered: 07/18/2019) |
| 07/22/2019 | 33 | SEALED DOCUMENT placed in vault. (rz) (Entered: 07/22/2019) |
| 07/22/2019 | 34 | NOTICE OF APPEAL by Jeffrey Epstein from 32 Decision & Order,. Filing fee $ 505.00, receipt number 465401240399. (nd) (Entered: 07/23/2019) |
| 07/23/2019 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Jeffrey Epstein to US Court of Appeals re: 34 Notice of Appeal. (nd) (Entered: 07/23/2019) |
| 07/23/2019 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Jeffrey Epstein re: 34 Notice of Appeal were transmitted to the U.S. Court of Appeals. (nd) (Entered: 07/23/2019) |