## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States v. Jeffrey Epstein        Docket No.: 19-2221

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Maurene Comey

Firm: United States Attorney's Office for the Southern District of New York

Address: One St. Andrew's Plaza

Telephone: (212) 637-2324        Fax: (212) 637-2387

E-mail: maurene.comey@usdoj.gov

Appearance for: United States of America/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Sarah K. Eddy/U.S. Attorney's Office for the Southern District of New York)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on  N/A        OR

☐ I applied for admission on _____.

Signature of Counsel: /s/Maurene Comey

Type or Print Name: Maurene Comey