UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America v. Jeffrey Epstein

**DOCKET NUMBER:** 19-2221

**COUNSEL'S NAME:** Reid Weingarten

**COUNSEL'S ADDRESS:** Steptoe & Johnson LLP
1114 Avenue of the Americas, New York, NY 10036

**COUNSEL'S PHONE:** 212-506-3900

**QUESTIONNAIRE**

☐ I am ordering a transcript.
☑ I am not ordering a transcript.   Reason:   ☑ Daily copy available   ☐ U.S. Atty. placed order
☐ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

☐ Pre-trial proceedings: _____
(Description & Dates)

☐ Trial: _____
(Description & Dates)

☐ Sentencing: _____
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:   ☐ Funds   ☐ CJA Form 24

_____                    _____
Counsel's Signature                                                Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____        Estimated Number of Pages: _____

Estimated completion date: _____

_____                    _____
Court Reporter's Signature                                        Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.