**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States of America v. Jeffrey Epstein     Docket No.: 19-2221

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Martin G. Weinberg

Firm: Martin G. Weinberg, P.C.

Address: 20 Park Plaza, Suite 1000, Boston, MA 02116

Telephone: (617) 227-3700    Fax: (617) 338-9538

E-mail: owlmgw@att.net

Appearance for: Jeffrey Epstein / Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Reid Weingarten / Steptoe & Johnson LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/29/2019    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Martin G. Weinberg

Type or Print Name: Martin G. Weinberg