UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )<br> ) <br>*Plaintiff-Appellee,* ) <br> ) <br>v. ) <br> ) <br>JEFFREY EPSTEIN ) <br> ) <br>*Defendant-Appellant* ) <br> ) | Appeal No. 19-2221-cr |

**IT IS HEREBY STIPULATED** by counsel for Jeffery Epstein, Defendant-Appellant, and the United States of America, Appellee, that, pursuant to Federal Rule of Appellate Procedure 42, this appeal shall be dismissed with prejudice. The parties understand and agree that, once dismissed, the appeal may not be reinstated.

**IT IS FURTHER STIPULATED** that neither party shall be entitled to recover costs, expenses or fees from the other party.

EXECUTED on August 20, 2019.

/s/ Reid Weingarten
Reid Weingarten
Martin G. Weinberg
*Counsel to Defendant- Appellant*
*Jeffrey Epstein*

Alex Rossmiller
*Counsel to Appellee*
*United States of America*